UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-72-1D

IN RE: :
:
CRIMINAL INFORMATION : ORDER TO SEAL INFORMATION
: AND PLEA AGREEMENT

Upon motion of the United States, it is hereby ORDERED that the Information in the above-captioned case, being filed on June 7, 2011.

It is FURTHER ORDERED that the Plea Agreement in the above-captioned case also be sealed. The Clerk may temporarily unseal the Criminal Information and Plea Agreement to provide copies to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Criminal Information and Plea Agreement upon motion of the United States Attorney.

This the 17 day of June, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE