UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-72-1D

UNITED STATES OF AMERICA )
)
) ORDER TO UNSEAL
v. )
)
JIMMY PATTERSON, JR. )

Upon motion of the Government, the sentencing hearing in the above-captioned matter, held on February 17, 2012, is hereby ORDERED unsealed for the limited purpose of the preparation of a transcript of the sentencing hearing. Once a transcript of the sentencing hearing in the above-captioned matter has been prepared, it is hereby ORDERED to be placed UNDER SEAL until further order of the Court, except that copies may be provided to the United States Attorney's Office, and to counsel for the defendant, Jeremy Gordon.

SO ORDERED this the 14 day of August, 2018.

JAMES C. DEVER III
Chief United States District Judge