IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-72-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JIMMY PATTERSON, JR., ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion for credit for time served [D.E. 56] not later than March 20, 2020.

SO ORDERED. This 26 day of February 2020.

                                                                           JAMES C. DEVER III
                                                                          United States District Judge