IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-72-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JIMMY PATTERSON, JR., | ) | |
| Defendant. | ) | |

On January 19, 2021, the court denied Jimmy Patterson, Jr.'s motion for compassionate release in a comprehensive order. See [D.E. 79]. Patterson appealed and lost. See [D.E. 89]. On August 11, 2021, Patterson moved for reconsideration. See [D.E. 88]. The court DENIES as baseless Patterson's motion for reconsideration [D.E. 88].

SO ORDERED. This 5 day of October, 2021.

JAMES C. DEVER III
United States District Judge